# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** BRIAN L. & RAYNA L. MOHRING
- **Case Number:** 18-21225-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 19, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#174 - Amended Plan Dated 10/2/2020 (NFC)
+Objection By: Peoples Natural Gas Company LLC
+Verified Statement in Support of Plan Extension to 84 Months
R / M #: 174 / 0

FILED
11/30/20 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Appearances:

Debtor: Snart
Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)

Creditor:
- Locnikar: IRS (via email)
- Hunt: Peoples Gas
- Cerce: Wilkinsburg

## Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **12-23-20**.
   Objections are due on or before **1-7-21**.
   A hearing on the Amended Plan is set for **1-28-21** at **10:00**.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

11/10/2020  11:54:47 AM