Form 005

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian L. Mohring**
**Rayna L. Mohring**
Debtor(s)

Bankruptcy Case No.: 18−21225−CMB
Chapter: 13
Related to Document No.: 174
Concil. Conf.: January 28, 2021 at 10:00 AM

## ORDER

On November 19, 2020, a Conciliation Conference was conducted on theAmended Plan Dated 10/2/2020, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 30th of November, 2020**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before December 23, 2020,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) **On or before January 7, 2021,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On January 28, 2021 at 10:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: November 30, 2020

cm: Debtor
    Debtors' Attorney
    Chapter 13 Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian L. Mohring  
Rayna L. Mohring  
    Debtor(s)

Case No. 18-21225-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: Nov 30, 2020      Form ID: 005      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring  garyshortlegal@gmail.com  gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring  garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny  jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District  jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | |

| | |
|---|---|
| | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jim Peavler | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael A. Shiner | |
| | on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | |
| | on behalf of Creditor PNC Bank N.A sshahjani@rascrane.com |
| Sloane B. O'Donnell | |
| | on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com |
| Thomas Song | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |

TOTAL: 18