2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-21225-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Brian L. Mohring<br>5 Scenery Road<br>Pittsburgh PA 15221 | Rayna L. Mohring<br>5 Scenery Road<br>Pittsburgh PA 15221 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2021.

Name and Address of Alleged Transferor(s):

Claim No. 16: JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203

Name and Address of Transferee:

Chase Mortgage Holdings, Inc.
Chase Records Center
Attention: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/14/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21225-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14801711 | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |

| | |
|---|---|
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Chase Mortgage Holdings Inc. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael A. Shiner | on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor PNC Bank N.A sshahjani@rascrane.com |
| Sloane B. O'Donnell | on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Thomas Song | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |

TOTAL: 19