# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: BRIAN L. & RAYNA L. MOHRING
- Case Number: 18-21225-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 28, 2021 10:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#185 - Amended Plan Dated 12/23/2020 (NFC)
R / M #: 185 / 0

FILED
2/3/21 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

Short

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

Jeff Hunt — Peoples
Jill Locnikar — IRS
Jen Cerce — Wilkinsburg Borough

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____. A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 2-17-21 at 1:30.
10. _____ Other:

Contested at Debtor counsel request. Wants to confirm that final confirmation prior to 3-27-20 is necessary to extend to 84 months under CARES Act. Here amended plan calls for 84 months but has only interim confirmation prior to 3-27-20.

1/20/2021  2:20:45PM