**Date: 02/17/2021 01:30 pm**

**In re:**  **Brian L. Mohring**
**Rayna L. Mohring**

**Bankruptcy No. 18-21225-CMB**
**Chapter: 13**
**Doc. # 185**

**Appearances:** Owen Katz, Gary W. Short, Jill Locnikar, Jeff Hunt

**Nature of Proceeding: #185 Contested December 23, 2020 Plan**

**Additional Pleadings:**

**Judge's Notes:**
-Katz: Debtor wants to extend plan term to 84 months pursuant to the CARES Act. However, there wasn't a final confirmation order filed prior to 3/27/20. Request that court follow Judge Taddonio's ruling in *Roebuck*.
-I agree with *Roebuck* opinion and plan on upholding that.
-Short: Was not familiar with *Roebuck* opinion. Client consents to dismissal. Request conditions on dismissal that court retains jurisdiction so legal fees can be paid. Plan on filing final fee application.
OUTCOME: Continued to 3/30 at 1:30 pm. At that time, Court will consider dismissal of case without prejudice.
-Attorney Short to file final fee petition on or before 2/24.  Fee petition hearing to be scheduled on or before 3/30.
-Attorney Short to send email to Attorney Katz directing all creditors to be put on reserve so no other funds are dispersed.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
2/18/21 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21225-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Chase Mortgage Holdings  Inc. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael A. Shiner | on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor PNC Bank N.A  sshahjani@rascrane.com |
| Sloane B. O'Donnell | on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Thomas Song | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |

TOTAL: 19