Praecipe to withdraw

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Brian L. Mohring and Rayna L. Mohring, ) | Case No. 18-21225 CMB |
| ) | |
| Debtors, ) | |
| ) | |
| Brian L. Mohring and Rayna L. Mohring, ) | Chapter 13 |
| ) | |
| Movants, ) | |
| Vs. ) | Docket No. |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | Related to Doc. No. 191 |
| ) | |
| Respondent. ) | |

**ORDER OF COURT**

This  22nd  day of  February , 2021, upon consideration of the Debtors' Praecipe to Withdraw Oral Motion, it is hereby ORDERED that the oral motion to dismiss the Debtors' chapter 13 proceeding submitted by Debtors' counsel at a confirmation hearing on February 16, 2021, is withdrawn.

FILED
2/22/21 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

Carlota M. Bohm
Chief Judge

dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21225-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

|   |   |
|---|---|
| | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jim Peavler | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | |
| | on behalf of Creditor Chase Mortgage Holdings  Inc. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael A. Shiner | |
| | on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | |
| | on behalf of Creditor PNC Bank N.A  sshahjani@rascrane.com |
| Sloane B. O'Donnell | |
| | on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Thomas Song | |
| | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com |

TOTAL: 19