**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re:<br>**Brian L. Mohring and Rayna L. Mohring,**<br>              Debtors,<br>**Gary W. Short,**<br>              Movant,<br>              vs.<br>**Ronda J. Winnecour, Trustee,**<br>              Respondent. | ) **Bankruptcy No. 18-21225 CMB**<br>) **Chapter 13**<br>) **Docket No.** 192<br>)<br>) **Hearing Date and Time:**<br>) **March 30, 2021 at 1:30 p.m.**<br>) **Responses Due: March 9, 2021**<br>) **ENTERED BY DEFAULT** |

**ORDER OF COURT**

This 12th day of _____March_____, 2021, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses filed by Gary W. Short, counsel for Debtors(s) in the above-captioned case, it is hereby ORDERED that:

1.    Gary W. Short is allowed a Chapter 13 administrative expense in the amount of $3,833.59 which includes $3,570.00 in legal services and $263.59 in expenses for the period of July 9, 2020 to February 20, 2021  (the "Claim");

2.    The Claim is to be paid by the Chapter 13 Trustee at a rate of $3,833.59 per month to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims;

4.    The Chapter 13 Trustee shall consider this order to be an interim distribution order as to all claims of Debtors' counsel, Gary W. Short; and

5.    In the event of a dismissal of Debtors' chapter 13, the Chapter 13 Trustee shall retain sufficient funds to pay the unpaid paid balance of all administrative claims of Debtors' counsel, Gary W. Short.

Carlota M. Böhm                                     dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
3/12/21 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21225-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

**Recip ID                  Recipient Name and Address**
db/jdb                   +  Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                              on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com

Gary William Short
                              on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net

Gary William Short
                              on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
                              on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
                              on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Jennifer L. Cerce

District/off: 0315-2                              User: dric                                     Page 2 of 2
Date Rcvd: Mar 12, 2021                          Form ID: pdf900                                 Total Noticed: 1

           on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net

Jerome B. Blank
           on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com

Jill Locnikar
           on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jim Peavler
           on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

Keri P. Ebeck
           on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little
           on behalf of Creditor Chase Mortgage Holdings  Inc. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Michael A. Shiner
           on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
           on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

S. James Wallace
           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
           on behalf of Creditor PNC Bank N.A  sshahjani@rascrane.com

Sloane B. O'Donnell
           on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com
           agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Thomas Song
           on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com


TOTAL: 19