# PROCEEDING MEMO

**Date: 03/30/2021 01:30 pm**

**In re:   Brian L. Mohring**
**Rayna L. Mohring**

**Bankruptcy No. 18-21225-CMB**
**Chapter: 13**
**Doc. # 185**

**Appearances:  Owen Katz, Gary W. Short**

**Nature of Proceeding: #185 Continued Contested December 23, 2020 Plan**

**Additional Pleadings:**

**Judge's Notes:**
  -Short: Would not oppose motion by Chapter 13 trustee to dismiss case without prejudice.
  -Katz: Moves to dismiss case without prejudice.
   OUTCOME: Case dismissed without prejudice. Order will be entered.

FILED
3/30/21 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**