Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian L. Mohring** | : | Case No. 18−21225−CMB |
| **Rayna L. Mohring** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per March 30, 2021 Hearing |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **The 30th of March, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21225-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 4 |
| Date Rcvd: Mar 30, 2021 | Form ID: 309 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| r | + | Edward Krall, Re/Max Select Realty, 5807 Penn Avenue, Pittsburgh, PA 15206-3816 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street - Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14801698 | + | AMC Mortgage Services/Citimortgage Inc, Citimortgage Inc, Po Box 6030, Sioux Falls, SD 57117-6030 |
| 14801696 | + | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14801697 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14801702 | + | Berkheimer and Assoc., POB 25153, Lehigh Valley, PA 18002-5153 |
| 15329094 | + | Chase Mortgage Holdings, Inc., Chase Records Center, Attention: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 14830219 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14801709 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14801711 | | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 14801712 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 14879810 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14801714 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15197012 | | PNC Bank, N.A., PO BOX 94982, CLEVELAND OH 44101 |
| 14801716 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 14831464 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14868754 | + | Turtle Creek Council of Government, c/o Borough of Turtle Creek, 125 Monroeville Avenue, Turtle Creek, PA 15145-1898 |
| 14801725 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 14850218 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14849399 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801726 | + | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 14801727 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 14801728 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14801730 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 14801731 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 14830218 | + | Woodland Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14801699 | EDI: HNDA.COM | | |
| | | Mar 31 2021 03:18:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| 14803094 | EDI: HNDA.COM | Mar 31 2021 03:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14801700 | EDI: AIS.COM | Mar 31 2021 03:18:00 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14801701 | + EDI: BANKAMER.COM | Mar 31 2021 03:18:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14801703 | + Email/Text: bankruptcy@cavps.com | Mar 31 2021 03:31:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14801704 | + EDI: CAPITALONE.COM | Mar 31 2021 03:18:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14801705 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2021 02:48:23 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 14804007 | + Email/Text: bankruptcy@cavps.com | Mar 31 2021 03:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14801707 | + EDI: CITICORP.COM | Mar 31 2021 03:18:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14801708 | + Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 14857737 | + Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14801710 | EDI: IRS.COM | Mar 31 2021 03:18:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14801706 | EDI: JPMORGANCHASE | Mar 31 2021 03:18:00 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 14801713 | + EDI: MID8.COM | Mar 31 2021 03:18:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14801717 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 03:29:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14801718 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 03:29:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14801719 | EDI: PRA.COM | Mar 31 2021 03:18:00 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 14805549 | EDI: PRA.COM | Mar 31 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14802481 | + EDI: PRA.COM | Mar 31 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14801715 | + EDI: PENNDEPTREV | Mar 31 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14801715 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 31 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14801721 | + EDI: RMSC.COM | Mar 31 2021 03:18:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14801722 | + EDI: RMSC.COM | Mar 31 2021 03:18:00 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 14801723 | + EDI: RMSC.COM | Mar 31 2021 03:18:00 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 14853347 | EDI: AIS.COM | Mar 31 2021 03:18:00 | Verizon, by American InfoSource LP as agent, PO |

| | | | | | |
|---|---|---|---|---|---|
| 14801729 | | + EDI: WFFC.COM | | Mar 31 2021 03:18:00 | Box 248838, Oklahoma City, OK 73124-8838<br>Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 14801732 | | + Email/Text: giglmi@whsd.net | | Mar 31 2021 03:31:00 | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chase Mortgage Holdings, Inc. |
| cr | | JPMC SPECIALTY MORTGAGE LLC |
| cr | | JPMC SPECIALTY MORTGAGE LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | PA Dept of Revenue |
| cr | | PNC Bank N.A, |
| cr | | Pennsylvania Municipal Service Company |
| 14801724 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14819084 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14801720 | ##+ | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 8 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2021             Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

**Name**             **Email Address**

Brian Nicholas
                     on behalf of Creditor PNC Bank N.A  bnicholas@kmllawgroup.com

Gary William Short
                     on behalf of Debtor Brian L. Mohring  garyshortlegal@gmail.com  gwshort@verizon.net

Gary William Short
                     on behalf of Joint Debtor Rayna L. Mohring  garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
                     on behalf of Creditor Woodland Hills School District  jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
                     on behalf of Creditor County of Allegheny  jhunt@grblaw.com  cnoroski@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 4 of 4 |
| Date Rcvd: Mar 30, 2021 | Form ID: 309 | Total Noticed: 56 |

Jennifer L. Cerce
    on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net

Jerome B. Blank
    on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jim Peavler
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little
    on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Chase Mortgage Holdings  Inc. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Michael A. Shiner
    on behalf of Creditor Pennsylvania Municipal Service Company mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC Bank N.A sshahjani@rascrane.com

Sloane B. O'Donnell
    on behalf of Creditor Pennsylvania Municipal Service Company sodonnell@fbtlaw.com
    agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Thomas Song
    on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pawb@fedphe.com

TOTAL: 20