**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRIAN L. MOHRING | Case No.:18-21225 |
| RAYNA L. MOHRING | |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2018 and confirmed on 05/24/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,850.50 |
| Less Refunds to Debtor | 5,532.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,317.66 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 24,700.99 | |
| Trustee Fee | 5,587.79 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 30,288.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CHASE MORTGAGE HOLDINGS INC S/B/M | 0.00 | 41,133.42 | 0.00 | 41,133.42 |
| Acct: 1312 | | | | |
| CHASE MORTGAGE HOLDINGS INC S/B/M | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1312 | | | | |
| CHASE MORTGAGE HOLDINGS INC S/B/M | 37,154.57 | 12,163.53 | 0.00 | 12,163.53 |
| Acct: 1312 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 4,305.08 | 0.00 | 0.00 | 0.00 |
| Acct: K143 | | | | |
| INTERNAL REVENUE SERVICE* | 10,317.09 | 3,348.66 | 1,461.66 | 4,810.32 |
| Acct: 4585 | | | | |
| MIDLAND FUNDING | 6,924.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9283 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4585 | | | | |
| TURTLE CREEK BORO - R/E TAX | 4,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: K143 | | | | |
| TURTLE CREEK BORO - R/E TAX | 387.00 | 0.00 | 0.00 | 0.00 |
| Acct: K143 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WOODLAND HILLS SD (TURTLECREEK)(RE  Acct: K143 | 17,632.91 | 0.00 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (TRASH)  Acct: P135 | 811.94 | 261.71 | 213.15 | 474.86 |
| WOODLAND HILLS SD (TURTLECREEK)(RE  Acct: K143 | 6,980.93 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*  Acct: K143 | 4,126.33 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 9936 | 42,104.70 | 0.00 | 0.00 | 0.00 |
| | | | | 58,582.13 |
| **Priority** | | | | |
| GARY W SHORT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN L. MOHRING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN L. MOHRING  Acct: | 5,532.84 | 5,532.84 | 0.00 | 0.00 |
| GARY W SHORT ESQ  Acct: XXXXXXXXXXXXXXXXXX1-19 | 4,328.40 | 4,328.40 | 0.00 | 0.00 |
| GARY W SHORT ESQ  Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| GARY W SHORT ESQ  Acct: XXXXXXXXXXXXXXXXXXXXX3-18 | 5,767.00 | 5,767.00 | 0.00 | 0.00 |
| GARY W SHORT ESQ  Acct: XXXXXXXXXXXXXXXXXXXXX2-20 | 6,772.00 | 6,772.00 | 0.00 | 0.00 |
| GARY W SHORT ESQ  Acct: XXXXXXXXXXXXXXXXXXXXX0-21 | 3,833.59 | 3,833.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 4585 | 46,968.02 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 4585 | 16,591.62 | 0.00 | 0.00 | 0.00 |
| WOODLAND HILLS SD & TURTLE CREEK (E  Acct: 4585 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (EIT)  Acct: 4585 | 275.19 | 0.00 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (EIT)  Acct: 4585 | 275.19 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT  Acct: XXXXXXX5CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 2570 | 0.00 | 2,488.35 | 0.00 | 2,488.35 |
| BRIDGECREST AUTO FINANCE  Acct: 6202 | 0.00 | 5,648.40 | 0.00 | 5,648.40 |
| | | | | 8,446.75 |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS)  Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE(*)++  Acct: 1312 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP*  Acct: 8285 | 5,226.72 | 0.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP*  Acct: 6712 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 5571 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: <br> THOMAS SONG ESQ FOR JODI L HAUSE E | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9405 <br> AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3874 <br> AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7168 <br> VERIZON BY AMERICAN INFOSOURCE LP | 161.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 <br> VERIZON BY AMERICAN INFOSOURCE LP | 390.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 <br> BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4947 <br> BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> CAVALRY SPV I LLC* | 4,280.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 7180 <br> CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4951 <br> CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9437 <br> PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,798.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 6109 <br> CMS CARDWORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8360 <br> JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0468 <br> JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3986 <br> CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3486 <br> DUQUESNE LIGHT COMPANY* | 630.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 6714 <br> EQUABLE ASCENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> FIRST BANK PUERTO RICO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5543 <br> INTERNAL REVENUE SERVICE* | 16,124.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 <br> KEYSTONE MUNIC COLLECTIONS** NOW K | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: <br> MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0668 <br> MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3124 <br> NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6637 <br> PA DEPARTMENT OF REVENUE* | 3,351.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 <br> PEOPLES NATURAL GAS CO LLC* | 1,487.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 6485 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   PNC BANK NA<br>    Acct: 8269 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 9803 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STELLAR RECOVERY++<br>    Acct: 1458 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK<br>    Acct: 5571 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK<br>    Acct: 2679 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK<br>    Acct: 1098 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK<br>    Acct: 3293 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TURTLE CREEK VALLEY COUNCIL OF GOV<br>    Acct: 0208 | 7,417.76 | 0.00 | 0.00 | 0.00 |
|   UNIVERSITY OF PGH PHYSICIAN++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 8030 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 1060 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 0050 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 9040 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 6010 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 7020 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPT OF EDUCATION**<br>    Acct: 2070 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEPARTMENT STORES NATIONAL BANK/V<br>    Acct: 5102 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEPARTMENT STORES NATIONAL BANK/V<br>    Acct: 5791 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO<br>    Acct: 2250 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG-PENN JT WATER AUTH<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG-PENN JT WATER AUTH<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WOODLAND HILLS SCHOOL DISTRICT++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADDED CREDITOR  FOR CALCULATION<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   UPMC PHYSICIAN SERVICES<br>    Acct: 8603 | 355.00 | 0.00 | 0.00 | 0.00 |
|   UPMC PHYSICIAN SERVICES<br>    Acct: 4585 | 150.00 | 0.00 | 0.00 | 0.00 |
|   UPMC HEALTH SERVICES<br>    Acct: 8603 | 564.14 | 0.00 | 0.00 | 0.00 |
|   KML LAW GROUP PC*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KRISTEN D LITTLE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21225 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 5 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 67,028.88 |

TOTAL CLAIMED
PRIORITY            64,420.02
SECURED            134,944.55
UNSECURED           41.937.62

Date: 04/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com